**STATE of Missouri, Respondent,**

v.

**Gary GIESELMAN, Appellant.**

**No. 50850.**

Missouri Court of Appeals, Eastern District, Division Six.

Jan. 27, 1987.

Motion for Rehearing and/or Transfer Denied March 11, 1987.

Application to Transfer Denied April 14, 1987.

Beth S. Ferguson, Office of Special Public Defender, St. Louis, for appellant.

William L. Webster, Atty. Gen., Jatha B. Sadowski, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM:

Direct appeal from a jury conviction for the sale of a controlled substance, in violation of § 195.020, RSMo Supp.1984.

Judgment affirmed. Rule 30.25(b).